ORIGINAL

FILED
MAY 9 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| DELOITTE CONSULTING LLP<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Case No. 08-340 C<br>(Judge ______) |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Deloitte Consulting LLP ("Deloitte"), respectfully applies to this Court for an Order granting its Motion for Preliminary Injunction enjoining, until further order of Court, the performance of the indefinite-delivery-indefinite quantity contract (the "Contract") awarded to BearingPoint, Incorporated ("BearingPoint") by the U.S. Department of the Interior, National Business Center, GovWorks, Acquisition Services Directorate ("Interior" or the "Government"), under Request for Proposals No. 1406-04-07-RP-67969 (the "RFP").

Preliminary injunctive relief is required because the defendant and the Contract awardee, BearingPoint, will otherwise commence performance of task orders under the Contract. Performance of work under the Contract already has been stayed in accordance with 31 U.S.C. § 3553(d)(3)(A)(ii) and 48 C.F.R. § 33.104(c)(1) in response to a bid protest of the Contract award previously with the U.S. Government Accountability Office ("GAO") on March 25, 2008, which was docketed as B-311417.1.

As set out in greater detail in Deloitte's Memorandum of Points and Authorities in Support of Application for Temporary Restraining Order and Motion for Preliminary Injunction, Deloitte has a likelihood of success on the merits because Interior has acted arbitrarily and capriciously, has acted contrary to applicable laws and regulations, and has abused its discretion in awarding the Contract. Deloitte will suffer irreparable harm absent the requested injunctive relief because its proposal was not fairly and lawfully considered and it will lose anticipated profits if BearingPoint is permitted to perform the Contract during the pendency of this protest. Neither Interior nor BearingPoint will be harmed by the issuance of an order granting injunctive relief as performance of the Contract already has been stayed – without objection by Interior – in connection with the GAO protest. Last, issuance of the Motion is in the public interest because the public benefits by fair competition for Government contracts and ensuring the conduct of procurements in accordance with applicable procurement laws and regulations.

In accordance with RCFC 65(c), Deloitte requests that the Court either forego any bond, or alternatively, require only a nominal cash deposit.

Further, Deloitte respectfully requests that any hearing on the merits of this protest be advanced and consolidated with any hearing on this Motion.

WHEREFORE, Deloitte requests that the Court issue the requested order granting its Motion for Preliminary Injunction requiring Interior to stay the performance of BearingPoint's Contract pending resolution of this protest on the merits.

Respectfully submitted,

William W. Goodrich, Jr. By
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6094
Fax: 202-857-6395

Attorney of Record for Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000
Fax: 202-857-6395

May 9, 2008