ORIGINAL

FILED
MAY 9 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **DELOITTE CONSULTING LLP** | |
| **Plaintiff,** | **Case No.** 08-340 C |
| v. | **(Judge _______________)** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Deloitte Consulting LLP ("Deloitte"), respectfully applies to this Court for the issuance of a Temporary Restraining Order staying the performance of the indefinite-delivery-indefinite quantity contract (the "Contract") awarded to BearingPoint, Incorporated ("BearingPoint") by the U.S. Department of the Interior, National Business Center, GovWorks, Acquisition Services Directorate ("Interior" or the "Government"), under Request for Proposals No. 1406-04-07-RP-67969 (the "RFP").

Immediate injunctive relief is required because, otherwise, the United States and BearingPoint will commence performance of task orders under the Contract. Neither the United States nor BearingPoint will be harmed by such relief in that performance of work under the Contract already has been stayed in accordance with 31 U.S.C. § 3553(d)(3)(A)(ii) and 48 C.F.R. § 33.104(c)(1) pursuant to a bid protest previously filed with the U.S. Government Accountability Office ("GAO") on March 25, 2008, docketed as B-311417.1.

As set out in greater detail in Deloitte's Memorandum of Points and Authorities in Support of Application for Temporary Restraining Order and Motion for Preliminary Injunction, there are good grounds for issuance of this Application. Deloitte has a likelihood of success on the merits because Interior has acted arbitrarily and capriciously, has acted contrary to applicable laws and regulations, and has abused its discretion in deciding to award the Contract to BearingPoint. Deloitte will suffer irreparable harm absent the requested injunctive relief because its proposal was not fairly and lawfully considered and it will lose anticipated profits if BearingPoint is permitted to perform the Contract during the pendency of this protest. Neither Interior nor BearingPoint will be harmed by the issuance of an order granting injunctive relief as performance of the Contract already has been stayed – without objection by Interior – in connection with the GAO protest. Last, issuance of the temporary restraining order is in the public interest because the public benefits by fair competition for Government contracts and ensuring the conduct of procurements in accordance with applicable procurement laws and regulations.

In accordance with RCFC 65(c), Deloitte requests that the Court either forego any bond, or alternatively, require only a nominal cash deposit.

WHEREFORE, Deloitte requests that the Court issue the requested Temporary Restraining Order requiring Interior to stay the performance of BearingPoint's Contract pending resolution of this protest on the merits.

Respectfully submitted,

W W Goodrich By RJ Webber

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6094
Fax: 202-857-6395

Attorney of Record for Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000
Fax: 202-857-6395

May 9, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **DELOITTE CONSULTING LLP** | ) | **FILED UNDER SEAL** |
| **Plaintiff,** | ) | **Case No. __________** |
| **v.** | ) | **(Judge __________)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I, Richard J. Webber, hereby certify that on this 9th day of May 2008, a true and correct copy of each of Plaintiff Deloitte Consulting LLP's: (i) Complaint for Injunctive and Declaratory Relief; (ii) Application for Temporary Restraining Order; (iii) Motion for Preliminary Injunction; (iv) Memorandum in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction; (v) Motion for Leave to File Under Seal; (vi) Motion for Protective Order; (vii) Declaration of William W. Goodrich, Jr.; and (viii) Rule 7.1 Disclosure Statement, was hand delivered to the following:

Delisa M. Sánchez
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W. -- Room 7014
Washington, D.C. 20530 (for overnight deliveries 20005)
Phone: (202) 616-0337
Facsimile: (202) 305-7643
Email: Delisa.Sanchez@usdoj.gov
*Counsel for the Government*
(At counsel's request, we are simultaneously providing her PDF versions of the submissions)

and

Jonathan S. Aronie, Esq.
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W.
11th Floor East
Washington, D.C. 20005
Phone: (202) 218-0039
Facsimile: (202) 218-0020
Email: jaronie@sheppardmullin.com
*Counsel for BearingPoint, Incorporated*

Sherry Kinland Kaswell, Esq.
Attorney-Advisor
U.S. Department of the Interior
1849 C Street, N.W., MS 7308
Washington, D.C. 20240
Phone: (202) 208-3226
Facsimile: (202) 219-1790

/s/ W. Goodrich By RJ Webber

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6094 Fax: 202-857-6395
Attorney of Record for Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000 Fax: 202-857-6395

May 9, 2008