ORIGINAL

FILED
MAY 9 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **DELOITTE CONSULTING LLP** | |
| **Plaintiff,** | **Case No.** 08-340 C |
| **v.** | **(Judge ______)** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## DECLARATION OF WILLIAM W. GOODRICH, JR.

For his Declaration in the above Bid Protest action, William W. Goodrich, Jr. respectfully states as follows:

1. The facts set forth in Plaintiff's Complaint and in the Memorandum in Support of Plaintiff's Application for a Temporary Restraining Order and a Preliminary Injunction are based upon documentary evidence contained in the Department of Interior's Agency Report, filed by the Government on April 28, 2008 in the United States Government Accountability Office under Docket No. B-311417.1 (hereinafter the "GAO Agency Report").

2. Based upon a thorough review of the GAO Agency Report the facts set forth in the Complaint and in the Memorandum in Support of Plaintiff's Application for a Temporary Restraining Order and a Preliminary Injunction are true and correct to the best of my knowledge, information, and belief.

3. Citations to the GAO Agency Report in Plaintiff's Memorandum in Support of Plaintiff's Application for a Temporary Restraining Order and a Preliminary Injunction, filed in

this action, are designated as "AR" followed by the Tab, page reference, and other document description.

* * * * *

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2008

Respectfully submitted,

[signature]

William W. Goodrich, Jr. (Attorney of Record)
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6094
(202) 857-6395 (FAX)
goodrich.bill@arentfox.com

Counsel for Deloitte Consulting LLP

May 9, 2008