ORIGINAL

FILED
MAY 9 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **DELOITTE CONSULTING LLP** | |
| **Plaintiff,** | Case No. 08-340 C |
| **v.** | (Judge ________________) |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, Deloitte Consulting LLP ("Deloitte"), respectfully applies to this Court for the issuance of an Order granting leave to file under seal the Complaint, as well as all submissions containing protected material, pending issuance of a requested Protective Order in this case. Plaintiff has filed a Motion for Protective Order concurrently with this Motion.

This bid protest challenges the award of an indefinite-delivery-indefinite quantity contract (the "Contract") to BearingPoint, Incorporated ("BearingPoint") by the U.S. Department of the Interior, National Business Center, GovWorks, Acquisition Services Directorate ("Interior" or the "Government"), under Request for Proposals No. 1406-04-07-RP-67969 (the "RFP"). This Motion is made pursuant to Rules of the United States Court of Federal Claims ("RCFC") App. C, § III. The documents subject to this Motion include the Complaint and motions for injunctive relief, and all materials relating thereto, filed simultaneously with this Motion.

The materials that form the basis for this protest are comprised of contractor proprietary information (*e.g.*, bidder proposal and pricing information) and source selection sensitive information (*e.g.*, acquisition planning, evaluation, and award documentation) relating to the procurement at issue in this protest. These materials already are subject to a protective order issued by the U.S. Government Accountability Office ("GAO") in response to a bid protest of the Contract award previously filed with the GAO on March 25, 2008, which protest was docketed as B-311417.1.

WHEREFORE, Deloitte requests that the Court issue an order granting this Motion for Leave to File Under Seal.

Respectfully submitted,

W W Goodrich By RJ Webber

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6094
Fax: 202-857-6395

Attorney of Record for Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000
Fax: 202-857-6395

May 9, 2008