FILED
MAY 9 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **DELOITTE CONSULTING LLP** | ) 08-340 C |
| **Plaintiff,** | ) Case No. ______ |
| **v.** | ) (Judge ______) |
| **THE UNITED STATES,** | ) |
| **Defendant.** | ) |

**RCFC RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rules of the United States Court of Federal Claims ("RCFC") 7.1, Deloitte Consulting LLP, through undersigned counsel, hereby submits the required disclosure statement. Deloitte Consulting LLP is a Delaware Limited Liability Partnership. Its parent is Deloitte LLP, also a Delaware Limited Liability Partnership. There are no intervening parent organizations. No publicly held corporation or entity owns 10% or more of Deloitte Consulting LLP's partnership interests.

Respectfully submitted,

W W Goodrich By KT Webb

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6094
(202) 857-6395 (FAX)
goodrich.bill@arentfox.com
Attorney of Record for Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000 Fax: 202-857-6395

May 9, 2008