ORIGINAL

FILED
MAY 9 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| DELOITTE CONSULTING LLP<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | 08-340 C<br>Case No. __________<br>(Judge __________) |

## MOTION FOR PROTECTIVE ORDER

Plaintiff, Deloitte Consulting LLP ("Deloitte"), respectfully applies to this Court for the issuance of a Protective Order in connection with this action, a bid protest challenging the award of an indefinite-delivery-indefinite quantity contract (the "Contract") to BearingPoint, Incorporated ("BearingPoint") by the U.S. Department of the Interior, National Business Center, GovWorks, Acquisition Services Directorate ("Interior" or the "Government"), under Request for Proposals No. 1406-04-07-RP-67969 (the "RFP").

This Motion is made pursuant to Rules of the United States Court of Federal Claims ("RCFC") App. C, § VI. The documents subject to this Motion include the Complaint and motions for injunctive relief, and all materials relating thereto, filed under seal simultaneously with this Motion, as well as any future submissions to be made by the parties in connection with this protest.

The materials that form the basis for this protest are comprised of contractor proprietary information (*e.g.*, proposal and pricing information) and source selection sensitive information

(*e.g.*, acquisition planning, evaluation, and award documentation) relating to the procurement at issue. These materials were disclosed to undersigned counsel subject to a protective order issued by the U.S. Government Accountability Office ("GAO") in conjunction with a bid protest of the Contract award previously filed with the GAO on March 25, 2008, docketed as B-311417.1.

WHEREFORE, Deloitte requests that the Court issue the requested Protective Order.

Respectfully submitted,

W W Goodrich By RJ Webber

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6094
Fax: 202-857-6395

Attorney of Record for Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000
Fax: 202-857-6395

May 9, 2008