# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**DELOITTE CONSULTING, LLP,** *

Plaintiff, *

v. * No. 08-340C

**THE UNITED STATES**, * (Filed May 9, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff filed this date a Complaint for Injunctive and Declaratory Relief praying, *inter alia*, for a temporary restraining order. An off-the-record telephonic conversation between counsel for plaintiff, defense counsel, and the court's law clerk confirmed that the affected agency, the U. S. Department of the Interior, has agreed to a stay of performance, and reaffirmed the agreement subject to confirmation by noon on Monday, May 12, 2008. Accordingly,

**IT IS ORDERED,** as follows:

1. Defendant's counsel shall advise the court's law clerk by noon on Monday, May 12, 2008, whether the agency agrees to continue the stay during the pendency of plaintiff's action.

2. A scheduling conference shall be held at 3:00 p.m. on Monday, May 12, 2008, in the National Courts Building.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge