# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELOITTE CONSULTING, LLP,** *

Plaintiff, *

v. * No. 08-340C

**THE UNITED STATES**, * (Filed May 12, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's Motion To File Under Seal plaintiff's Complaint for Injunctive and Declaratory Relief, Application for Temporary Restraining Order, Motion for Preliminary Injunction, and Memorandum in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, filed May 9, 2008, is granted. The Clerk of the Court shall place this case under seal pending further order of the court.

**IT IS SO ORDERED.**

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge