# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**DELOITTE CONSULTING, LLP,** *

Plaintiff, *

v. * No. 08-340C

**THE UNITED STATES**, * (Filed May 12, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Paragraph 2 of the order entered May 9, 2008, is modified at defendant's request with the agreement of plaintiff's counsel, insofar as the scheduling conference shall be held at 3:00 p.m. on Wednesday, May 14, 2008, in the Howard T. Markey National Courts Building.

**IT IS SO ORDERED.**

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge