## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | | |
|---|---|---|
| DELOITTE & TOUCHE, LLP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-340 |
| UNITED STATES OF AMERICA, | ) | Hon. Christine Odell Cook Miller |
| Defendant. | ) | |

**BEARINGPOINT, INC.'S UNOPPOSED MOTION TO INTERVENE**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), BearingPoint, Inc. ("BearingPoint") respectfully requests that it be permitted to intervene in the above-captioned action. In support of its motion, BearingPoint relies on the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference. In addition, Counsel for Deloitte & Touche, LLP and the United States have represented that Plaintiff and the Department of Justice will not be opposing BearingPoint's motion to intervene.

Respectfully submitted:

SHEPPARD MULLIN RICHTER & HAMPTON LLP

**/s/ Jonathan S. Aronie**

By: Jonathan S. Aronie
1300 I Street, N.W.
Suite 1100 East
Washington, D.C. 20005-3314
Telephone (202) 218-0000
Facsimile (202) 218-0020

Attorney of Record for BearingPoint, Inc.

OF COUNSEL

Louis D. Victorino
David S. Gallacher
Marko W. Kipa
Keith R. Szeliga
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
1300 I Street, N.W.
Suite 1100 East
Washington, D.C. 20005-3314
Telephone (202) 218-0000
Facsimile (202) 218-0020

DATED: May 12, 2008

**CERTIFICATE OF SERVICE**

I certify that on May 12, 2008, a copy of BearingPoint, Inc.'s Unopposed Motion to Intervene and supporting Memorandum of Points and Authorities were filed electronically. I understand that notices of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**/s/ Jonathan S. Aronie**
Jonathan S. Aronie
Attorney for BearingPoint, Inc.