IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELOITTE CONSULTING, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 08-340C |
| | ) | (Judge Christine O.C. Miller) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Delisa M. Sánchez as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Delisa M. Sánchez
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

/s/ Delisa M. Sánchez

DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0337
Telecopier: (202) 305-7643
E-mail: Delisa.Sanchez@usdoj.gov

Dated: May 12, 2008

CERTIFICATE OF FILING

I hereby certify that on May 12, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez