# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELOITTE CONSULTING, LLP,** *

Plaintiff, *

v. * No. 08-340C

**THE UNITED STATES,** * (Filed May 14, 2008)

Defendant, *

and *

**BEARINGPOINT, INC.,** *

Defendant-Intervenor. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER RULING ON PENDING MOTIONS AND SETTING BRIEFING SCHEDULE

The parties appeared this date pursuant to the order entered on May 9, 2008, as amended on May 12, 2008, to discuss all pending motions and schedule proceedings. Accordingly,

**IT IS ORDERED**, as follows:

1. BearingPoint Inc.'s Unopposed Motion To Intervene, filed on May 12, 2008, pursuant to RCFC 24(a)(2) is granted, and defendant-intervenor BearingPoint, Inc., is added as a party to this action effective this date.

2. The Department of the Interior has agreed to suspend performance of the subject contract through close of business on July 10, 2008.

3. Pursuant to RCFC 65(a)(2), the determination of plaintiff's right to injunctive relief is consolidated with a ruling on the merits of its claim to permanent declaratory and injunctive relief.

4. By May 16, 2008, the parties shall file an agreed-upon Protective Order for entry by the court.

5. On May 23, 2008, defendant shall file the Administrative Record. The copying requirements are waived.

6. A telephonic status conference shall be held at 2:00 p.m. on Wednesday, May 28, 2008, to be placed by the court, to hear defendant's report on a decision of the Department of the Interior with respect to termination of the contract or remedial action.

7. On June 10, 2008, the parties shall file simultaneous cross-motions for summary judgment on the administrative record.

8. On June 20, 2008, the parties shall file simultaneous responses.

9. Argument on the parties' cross-motions for summary judgment shall be held at 2:00 p.m. on Thursday, June 26, 2008,.in the Howard T. Markey National Court's Building.

s/ Christine O.C. Miller
________________________________
**Christine Odell Cook Miller**
Judge