IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | | |
|---|---|---|
| DELOITTE CONSULTING, LLP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Court No. 08-340C<br>(Judge Christine O. C. Miller) |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| BEARINGPOINT, INC., | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests this Court enter the accompanying proposed protective order prohibiting the disclosure of confidential source selection matters, sensitive plans or specifications, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. Counsel for plaintiff and defendant-intervenor have reviewed the protective order and consent to this motion.

This case involves procurement matters and includes proprietary and confidential information, source selection information, and other sensitive procurement information. Thus, in the event that any party to this action finds it necessary to file protected materials with this Court, we request that all filings that disclose protected materials be under seal in this case.

For these reasons, defendant respectfully requests that this Court issue the attached proposed protective order.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patricia M. McCarthy

PATRICIA M. McCARTHY
Assistant Director

/s/ Delisa M. Sánchez

DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0337

Attorneys for Defendant-Appellee

Of Counsel

SHERRY KINLAND KASWELL
Attorney Advisor
U.S. Department of the Interior
1849 C Street, N.W. MS 7308
Washington, D.C. 20240

May 16, 2008

CERTIFICATE OF FILING

I hereby certify that on this 16th day of May, 2008, a copy of the foregoing "MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez
DELISA M. SANCHEZ