**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **DELOITTE CONSULTING LLP** | ) | |
| **Plaintiff,** | ) | **No. 08-340C** |
| **v.** | ) | **Judge Christine Odell Cook Miller** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims and the telephonic Status Conference conducted by the Court this date, Deloitte Consulting LLP, by undersigned counsel, voluntarily dismisses the above action.

Respectfully submitted,

**/s/ William W. Goodrich, Jr.**

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6094
(202) 857-6395 (FAX)
goodrich.bill@arentfox.com

Attorney of Record for
Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000 Fax: 202-857-6395

June 11, 2008

**CERTIFICATE OF SERVICE**

I certify that on June 11, 2008, a copy of the foregoing Notice of Dismissal was filed electronically. I understand that notices of this filing will be sent to all parties by operation of the Court's electronic filing system, including:

Delisa M. Sanchez, Esq.
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street N.W., Room 7014
Washington, D.C. 20530
Attorney for the United States

Jonathan S. Aronie, Esq.
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W.
11th Floor East
Washington, D.C. 20005
Attorney for Defendant-Intervenor
BearingPoint, Inc.

Parties may access this filing through the Court's system.

**/s/ William W. Goodrich, Jr.**

William W. Goodrich, Jr.
Attorney of Record for
Deloitte Consulting LLP